**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CRYSTAL J., | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| FRANK BISIGNANO, | : | |
| Commissioner of the Social Security | : | |
| Administration, | : | |
| Defendant | : | NO.  25-3889 |

**JUDGMENT ORDER**

**AND NOW**, this 29th day of May 2026, upon consideration of Plaintiff's Brief and

Statement of Issues (Doc. No. 10), the Commissioner's Response (Doc. No. 11), and

Plaintiff's Reply (Doc. No. 12), it is hereby **ORDERED** that Judgment is entered in favor

of Plaintiff, Crystal J..

**BY THE COURT**:


_/s/ Carol Sandra Moore Wells_
CAROL SANDRA MOORE WELLS
United States Magistrate Judge